■    HAIM J. WEINBERG et al., Respondents, v. WISHWEG REALTY CORPORATION, INC., et al., Appellants.— Order and judgment (one paper), Supreme Court, New York County, entered on March 23, 1971, confirming report of Special Referee, unanimously modified, on the law and on the facts, to the limited extent of providing that payment to the plaintiff Sheinkin be in the sum of $10,259.36, and to the plaintiff Weinberg in the sum of $7,958.73, and otherwise affirmed. Respondents shall recover of appellants $50 costs and disbursements of this appeal. The modifications are called for because of an inadvertent error computing interest from April 20, 1966; the correct dates were from February 15, 1970 to the date of judgment, March 19, 1971. Concur — McGivern, J. P., Markewich, Murphy, McNally and Tilzer, JJ.

■    THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ELBERT REDDICK, Appellant.— Judgment of conviction, Supreme Court, New York County, rendered December 2, 1969, sentencing defendant-appellant to the New York City Reformatory, unanimously reversed, on the law, the sentence vacated, and the case remanded to the sentencing Justice to hold a hearing on defendant-appellant's application for leave to withdraw his plea of guilty. At the time of sentence, when allocuted, defendant replied that he was not guilty. This claim was repeated by his counsel. The court did not go further into the basis for defendant's claim, and denied the application. Further inquiry should have been made, and remand is required for that purpose. (See *People* v. *McKennion*, 27 N Y 2d 671.) Concur — McGivern, J. P., Markewich, Murphy, McNally and Tilzer, JJ.